Frank Bazadier
PO BOX 861503
Los Angeles CA 90086-1503
323 493 8089 ph
fbazadier@aol.com

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 18 2009

LAWRENCE K. BAERMAN, CLERK
ALBANY

Re. Initial meet and confer letter in case no. **01:09 cv 990**

Dear Defendants,

This is the first in a series of meet and confer letters in attempt to get a consensus as to a mutual discovery plan and a date for summary judgment motions to be heard.

The discovery that I wish to engage in will be limited to the use of interrogatories, and request for admissions. I do not anticipate deposing any defendant, due to the cost and the distance in conducting depositions of eight out-of-state defendants. My initial thought is to engage in 6 months of informal discovery prior to an agreed upon date for summary judgment motions to be heard. Note, this Plaintiff does not have any electronically stored information, all the relevant documents that Plaintiff is going to rely on has all ready been provided to the defendants, either before this complaint was filed, or upon the filing of this complaint.

***Please excuse the fact that the Filing Order and the Civil Case Management Plan were not served contemporaneous with the complaint and other accompanying documents***, the reason for the lack of contemporaneous service was due to the fact that I received the Filing Order and the Civil Case Management Plan from the clerks office on September 11th, and I served each defendant on September 9th.

I look forward to your input on in establishing mutual discovery dates in this matter.

Sincerely,

F Bazadier

cc.

CHIEF JUSTICE JONATHAN LIPPMAN
C/O AGENT FOR SERVICE OF PROCESS
STATE OF NEW YORK COURT OF APPEALS
20 EAGLE STREET
ALBANY NY 12207-1095

HON. EUGENE F. PIGOTT JR.
C/O AGENT FOR SERVICE OF PROCESS
STATE OF NEW YORK COURT OF APPEALS
20 EAGLE STREET
ALBANY NY 12207-1095

HON. SUSAN P. READ
C/O AGENT FOR SERVICE OF PROCESS
STATE OF NEW YORK COURT OF APPEALS
20 EAGLE STREET
ALBANY NY 12207-1095

HON. THEODORE T. JONES
C/O AGENT FOR SERVICE OF PROCESS
STATE OF NEW YORK COURT OF APPEALS
20 EAGLE STREET
ALBANY NY 12207-1095

HON. ROBERT S. SMITH
C/O AGENT FOR SERVICE OF PROCESS
STATE OF NEW YORK COURT OF APPEALS
20 EAGLE STREET
ALBANY NY 12207-1095

HON. VICTORIA A. GRAFFEO
C/O AGENT FOR SERVICE OF PROCESS
STATE OF NEW YORK COURT OF APPEALS
20 EAGLE STREET
ALBANY NY 12207-1095

HON. CARMEN BEAUCHAMP CIPARICK
C/O AGENT FOR SERVICE OF PROCESS
STATE OF NEW YORK COURT OF APPEALS
20 EAGLE STREET
ALBANY NY 12207-1095

JOHN J.McALARY
C/O AGENT FOR SERVICES OF PROCESS
CORPORATE PLAZA-BUILDING 3
254 WASHINGTON AVENUE EXTENSION
ALBANY, NY 12203-5195

JAMES T. FOLEY - U.S. DISTRICT COURT HOUSE
C/O CIVIL FILING CLERK
445 BROADWAY, ROOM 509
ALBANY, NY 12207-2924

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Frank Bazadifl, Esq
PO Box 86150
LA CA 90086

To: Chief Justice Jonathan Lippman / C/O Agent for Service of Process / State of NY Ct of Appeals / 20 Eagle St / Albany NY 12207-1095

PS Form 3817, April 2007  PSN 7530-02-000-9065

Postmark: SEP 14 2009 LOS ANGELES CA 90006
U.S. POSTAGE PAID LOS ANGELES CA 90012 SEP 14, 09 $1.15  0005297315

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Frank Bazadifl, Esq
PO Box 86150
LA CA 90086

One piece of ordinary mail addressed to: Hon. Susan P. Read / C/O AG for Service of Process / State of NY Court of Appeals / 20 Eagle St. / Albany NY 12207-10

PS Form 3817, January 2001

Postmark: SEP 14 2009 LOS ANGELES CA 90006
U.S. POSTAGE PAID LOS ANGELES CA 90012 SEP 14, 09 $1.15  0005297315

---



**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Frank Bazadifl, Esq
PO Box 86150
LA CA 90086

To: Hon. Victoria A. Graffeo / C/O Agent for Service of Process / State of NY Court of Appeals / 20 Eagle St. / Albany NY 12207

PS Form 3817, April 2007  PSN 7530-02-000-9065    1095

Postmark: SEP 14 2009 LOS ANGELES CA 90006
U.S. POSTAGE PAID LOS ANGELES CA 90012 SEP 14, 09 $1.15  0005297315

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Frank Bazadier, Esq.
PO Box 861503
LA CA 90086

One piece of ordinary mail addressed to:
Hon. Robert S. Smith C/O
Agent for Service of Process
State of NY Court of Appeals
Eagle St / Albany NY 12207-1

PS Form 3817, January 2001

[SEP 14 2009 — Los Angeles CA — $1.15]

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Frank Bazadier, Esq.
PO Box 861503
LA CA 90086

One piece of ordinary mail addressed to:
Hon. Carmen Beauchamp Ciparic
C/O Agent for Service of Process
State of NY Court of Appeals
20 Eagle Street / Albany NY 12207-1095

PS Form 3817, January 2001

[SEP 14 2009 — Los Angeles CA — $1.15]

---

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Frank Bazadier, Esq.
PO Box 861503
LA CA 90086

To: Hon. Eugene F. Pigott
C/O Agent for Service of Process
State of NY Court of Appeals
20 Eagle St., Albany NY 12207-1095

PS Form 3817, April 2007  PSN 7530-02-000-9065

[SEP 14 2009 — Los Angeles CA — $1.15]



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Frank Bazadier, Esq
PO Box 861503
LA CA 90086

One piece of ordinary mail addressed to:
Hon. Theodore T Jones / C/O Agent
For Service of Process / State of
New York Court of Appeals / 20
Eagle Street / Albany NY
12207-1095

PS Form 3817, January 2001

[Postmark: SEP 14 2009, Terminal Annex, Los Angeles, CA]
[U.S. Postage Paid, Los Angeles, CA 90012, SEP 14, 09, $1.15, 00052973-15]

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Frank Bazadier, Esq
PO Box 861503
LA CA 90086

One piece of ordinary mail addressed to:
John J. McAlary / C/O Agent
For Service of Process / Corpora
Plaza - Bldg 3 / 254 Washing
Ave. Extension / Albany NY 122
5195

PS Form 3817, January 2001

[Postmark: SEP 14 2009, Terminal Annex, Los Angeles, CA]
[U.S. Postage Paid, Los Angeles, CA 90012, SEP 14, 09, $1.15, 00052973-15]