

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct: (518) 474-4402  
October 14, 2009

Hon. Randolph F. Treece  
United States Magistrate Judge  
United States District Court  
Northern District of New York  
James T. Foley U.S. Courthouse  
445 Broadway - Room 312  
Albany, NY  12207

*Re:*  *Bazadier v. McAlary, et al.*  
    Northern District of New York  
    09-CV-0990 (GLS)(RFT)

Dear Judge Treece:

I write to respectfully request an extension of time for the defendants to respond to the complaint in this matter to **November 30, 2009.**  The Plaintiff, Mr. Bazadier, has consented to this extension.  There have been no previous extensions of this date.

Thank you for your courtesies.

Respectfully yours,

s/   David Cochran  
David Cochran  
Assistant Attorney General


cc:   Frank Bazadier  
      Plaintiff pro se  
      P.O. Box 861503  
      Los Angeles, CA 90086-1503