## DECLARATION OF SERVICE

I, Pauline Jesmain, declare pursuant to 28 USC § 1746, that on April 28, 2010, I served the annexed **Defendants' Memorandum of Law in Reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the pleadings, and in Opposition to Plaintiff's Motion to Amend Complaint** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Post Office Department, directed to the individual at the address, designated for that purpose, as follows:

Frank Bazadier
P.O. Box 861503
Los Angeles, CA  90086-1503

Dated: April 28, 2010
         Albany, New York

*s/Pauline Jesmain*
Pauline Jesmain